USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1666 UNITED STATES, Appellee, v. RUFINO SANTOS, A/K/A EL FILIPINO, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Irma R. Valldejuli on brief for appellant. __________________ Guillermo Gil, United States Attorney, Nelson Perez-Sosa, ______________ ___________________ Assistant United States Attorney, and Jose A. Quiles-Espinosa, Senior _______________________ Litigation Counsel, on brief for appellee. ____________________ November 26, 1996 ____________________ Per Curiam. Upon careful review of the briefs and ___________ record, we find no merit in defendant's appellate argument, and so we affirm the sentence imposed by the district court. Nothing in the plea agreement or the facts of this case required the government to move for a downward departure under U.S.S.G. 5K1.1, and there was no suggestion of prosecutorial misconduct. In these circumstances, the district court had no authority to consider such a departure. See Wade v. United States, 504 U.S. 181, 185-86 (1992).  ___ ____ _____________ Because the merits of this appeal are easily resolved in the government's favor, we do not address the government's challenge to our jurisdiction. See Kotler v. American ___ ______ ________ Tobacco Co., 926 F.2d 1217, 1221 (1st Cir. 1990). ___________ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-